ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

KYLE F. WALDINGER (CABN 298752)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6830
    Email: Kyle.Waldinger@usdoj.gov

Attorneys for the United States of America

FILED

Feb 28 2024

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> PAVEENA THIPHAVONG, <br><br> Defendant. | NO. CR 18-00300 SI <br><br> NOTICE OF DISMISSAL |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above Indictment against Paveena THIPHAVONG and moves that the Court quash the arrest warrant issued in connection with the Indictment in this case against Paveena THIPHAVONG.

DATED: February 27, 2024

                                          Respectfully submitted,

                                          ISMAIL J. RAMSEY
                                          United States Attorney

                                          *Matthew M. Yelovich*

                                          _____
                                          MATTHEW M. YELOVICH
                                          Deputy Chief, Criminal Division

NOTICE OF DISMISSAL
CR 18-00300 SI

1     Leave is granted to the government to dismiss the Indictment against Paveena THIPHAVONG.
2 It is further ordered that the arrest warrant issued in connection with the Indictment in this case is
3 quashed.

6 DATED: February 28, 2024

HON. SUSAN ILLSTON
United States District Judge

NOTICE OF DISMISSAL
CR 18-00300 SI